IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-75,745-01






EX PARTE ROBERT SCOTT FERSTL, II, Applicant









ON APPLICATION FOR A WRIT OF HABEAS CORPUS

CAUSE NO. FR62660-A IN THE 27TH JUDICIAL DISTRICT COURT

FROM BELL COUNTY




 Keasler, J., filed a concurring statement in which Hervey, J., joined.


CONCURRING STATEMENT

 I agree with the Court's decision to deny relief. But I write to note that Applicant's
grounds for relief two, three, ten, fourteen, and fifteen are not cognizable on habeas. (1) I
would therefore deny these claims on this basis, without reaching the merits. 

DATE FILED: May 11, 2011

DO NOT PUBLISH

 
1. See Ex parte Banks, 769 S.W.2d 539, 540 (Tex. Crim. App. 1989) (op. on reh'g).